NOT RECOMMENDED FOR PUBLICATION
File Name: 25a0411n.06

Case Nos. 24-1746/1748

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| MICHIGAN PAVING AND MATERIALS COMPANY, | ) ) ) | **FILED**<br>Aug 27, 2025<br>KELLY L. STEPHENS, Clerk |
| Plaintiff-Appellee/Cross-Appellant, | ) ) | |
| v. | ) ) ) | ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN |
| OPERATING ENGINEERS LOCAL 324 PENSION FUND, | ) ) ) | |
| Defendant, | ) | OPINION |
| TRUSTEES OF THE OPERATING ENGINEERS LOCAL 324 PENSION FUND, | ) ) ) ) | |
| Defendant-Appellant/Cross-Appellee. | ) | |

Before: THAPAR, READLER, and BLOOMEKATZ, Circuit Judges.

PER CURIAM. Considering this court's recently published decision in *Ace-Saginaw Paving Co. v. Operating Engineers Local 324 Pension Fund* (Nos. 24-1288/1305), we affirm the judgment of the district court. We remand for the Fund's actuary to recalculate Michigan Paving Company's withdrawal liability using assumptions and methods that are consistent with ERISA's requirements, as clarified by *Ace-Saginaw Paving Co.*